UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NUMBER: ) _____ ) |
| WYATT, INC., DEREK E. WYATT, and KRISTEN L. WYATT, | ) ) ) |
| Defendants. | ) ) |

## COMPLAINT

**COMES NOW** plaintiff, Wachovia Bank, National Association, successor by merger to SouthTrust Bank ("Wachovia" or the "Plaintiff"), and for its complaint against defendants Wyatt, Inc. ("Wyatt" or the "Borrower"), Derek E. Wyatt ("D. Wyatt"), and Kristen L. Wyatt ("K. Wyatt", and together with D. Wyatt, the "Guarantors", and the Guarantors collectively with Borrower, the "Defendants") states as follows:

## JURISDICTION AND VENUE

1. Plaintiff Wachovia is a national banking association having its principal place of business in Mecklenburg County, North Carolina.

2. Upon information and belief, defendant Wyatt is a corporation organized and existing under the laws of the state of Florida with its principal place of business in Okaloosa County, Florida.

3. Upon information and belief, defendant D. Wyatt is a citizen of the state of Florida and resides in Okaloosa County, Florida.

Case 3:09-cv-00362-MCR-EMT    Document 1    Filed 08/21/2009    Page 2 of 6

4. Upon information and belief, defendant K. Wyatt is a citizen of the state of Florida and resides in Okaloosa County, Florida.

5. The amount in controversy against each of the Defendants, exclusive of interest and costs, exceeds $75,000.00, and complete diversity exists between Wachovia on the one hand and the Defendants on the other.

6. This Court has original jurisdiction of this case pursuant to 28 U.S.C. § 1332.

7. Venue is proper pursuant to 28 U.S.C. § 1391(a).

**STATEMENT OF FACTS**

8. Wachovia made a $750,000.00 revolving line of credit loan to the Borrower (the "Loan") for residential real estate development. The Borrower's obligation to repay the Loan, with interest thereon, is evidenced by that certain Renewal Revolving Line of Credit Master Note made by the Borrower payable to Wachovia dated December 15, 2006, in the stated principal amount of $750,000.00 (the "Note"). A true and correct copy of the Note is attached hereto as **Exhibit A** and is incorporated herein by reference.

9. In addition to the Borrower's obligation to pay the principal, interest and late charges owing under the Note, the Note provides that the holder of the Note is entitled to recover its costs and expenses, including attorneys' fees, incurred in collecting the Note.

10. As an inducement for Wachovia to make the Loan to the Borrower, the Guarantors unconditionally guaranteed payment of the Loan and other sums due on the Note. The guaranties of the Guarantors are evidenced by that certain Continuing Guaranty dated December 15, 2006, executed by D. Wyatt in favor of Wachovia and that certain Continuing Guaranty dated December 15, 2006, executed by K. Wyatt in favor of Wachovia (together, the "Guaranties," and the Guaranties collectively with the Note and any and all other documents

evidencing and/or securing the Loan, including all applicable mortgages and/or security instruments, the "Loan Documents"). True and correct copies of the Guaranties are attached hereto collectively as **Exhibit B** and are incorporated herein by reference.

11. In addition to the Guarantors' obligations under the Guaranties to pay the principal, interest, and late charges owing on the Loan, the Guaranties provide that the Guarantors shall also be liable for costs and expenses, including attorneys' fees, incurred in collecting the guaranteed obligations.

12. The Note has matured, and all amounts owing on the Loan are due and payable in full.

13. On February 4, 2009, February 17, 2009 and February 27, 2009, Wachovia made written demand (collectively, the "Demand Letters") on the Borrower and Guarantors, jointly and severally, for payment of all amounts due on the Loan.

14. The Defendants have failed to honor their respective obligations under the Loan Documents despite the Demand Letters.

15. The Defendants joint and several obligations under the Loan Documents include the principal balance of the Loan in the amount of $104,183.72, plus accrued and accruing interest thereon, late charges, Wachovia's costs of collection, including attorneys' fees and expenses, and other amounts recoverable under the Loan Documents.

## COUNT I

### (BREACH OF CONTRACT BY BORROWER)

16. Wachovia incorporates and re-alleges all preceding paragraphs as if fully set forth herein.

17. The Loan Documents are each valid and binding contracts.

18. Wachovia has fulfilled its obligations to the Borrower under the Loan Documents.

19. The Borrower is in default of its obligations under the Loan Documents for, among other things, failure to pay the outstanding indebtedness owing on the Loan at maturity in accordance with the terms of the Note.

20. All amounts due and owing on the Loan under the Loan Documents are immediately payable.

21. Despite written demand, the Borrower has failed to pay Wachovia the amounts due under the terms of the Loan Documents.

22. As a consequence of the Borrower's breach and failure to pay its obligations under the Loan Documents, Wachovia has suffered damages as set out further herein.

23. The Borrower's obligations under the Loan Documents include the principal balance of the Loan in the amount of $104,183.72, plus accrued and accruing interest thereon, late charges, Wachovia's costs of collection, including attorneys' fees and expenses, and other amounts recoverable under the Loan Documents.

**WHEREFORE**, Wachovia demands judgment against the Borrower for all amounts due and owing under the terms of the Loan Documents, including, without limitation, the principal indebtedness outstanding under the Loan, accrued and accruing interest thereon, late charges, Wachovia's costs of collection, including attorneys' fees and expenses, and any and all other amounts recoverable under the Loan Documents.

### COUNT II

**(BREACH OF CONTRACT BY GUARANTORS)**

24. Wachovia incorporates and re-alleges all preceding paragraphs as if fully set forth herein.

25. The Loan Documents are each valid and binding contracts.

26. Wachovia has fulfilled its obligations to the Guarantors under the Loan Documents.

27. The Guarantors are in default of their joint and several obligations under the Loan Documents for, among other things, failure to pay the outstanding indebtedness owing on the Loan.

28. All amounts due and owing on the Loan under the Loan Documents are immediately payable.

29. Despite written demand, the Guarantors have failed to pay Wachovia the amounts due under the terms of the Loan Documents.

30. As a consequence of the Guarantors' breach and failure to pay their obligations under the Loan Documents, Wachovia has suffered damages as set out further herein.

31. The Guarantors' joint and several obligations under the Loan Documents, pursuant to the Guaranties, include the principal balance of the Loan in the amount of $104,183.72, plus accrued and accruing interest thereon, late charges, Wachovia's costs of collection, including attorneys' fees and expenses, and other amounts recoverable under the Loan Documents.

**WHEREFORE**, Wachovia demands judgment against the Guarantors, jointly and severally, for all amounts due and owing under the terms of the Loan Documents, including, without limitation, the principal indebtedness outstanding under the Loan, accrued and accruing interest thereon, late charges, Wachovia's costs of collection, including attorneys' fees and expenses, and any and all other amounts recoverable under the Loan Documents.

Dated this the 21st day of August, 2009.

/s/ Jennifer A. Harris
Jennifer A. Harris
Counsel for Wachovia Bank, National Association

**OF COUNSEL:**

Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

**SERVE DEFENDANTS BY SPECIAL PROCESS SERVER**

DEFENDANTS' ADDRESSES:

Wyatt, Inc.
c/o Mark A. Violette, its Registered Agent
34990 Emerald Coast Pkwy
Destin, Florida 32541

Derek E. Wyatt
19 Paradise Point Drive
Shalimar, Florida 32579

Kristen L. Wyatt
19 Paradise Point Drive
Shalimar, Florida 32579